# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144106

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHANNON LANE ARGUE,
        Plaintiff-Appellant,

v

JERRY-ANN SHERRY,
        Defendant-Appellee.

SC: 144106
COA: 305779
Chippewa CC: 11-011611-AH

_____/

       On order of the Court, the application for leave to appeal the October 21, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

                            Clerk

y0319